**Order entered August 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

We **GRANT** appellant's August 18, 2014 motion for extension of time to file revised brief and **ORDER** the brief be filed no later than August 28, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE